IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-251-FL-1

| | | |
|---|---|---|
| GEORGE JEFFERSON, III, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent | ) | |

Petitioner filed a motion for permission to file an out of time amended motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (DE # 68). The United States has not responded to petitioner's motion. The court DIRECTS the United States to respond to petitioner's motion within twenty-one (21) days.

SO ORDERED, this the 22nd day of February, 2012.

LOUISE W. FLANAGAN
United States District Judge